Michelle D. PHARR, Plaintiff–Appellant,

v.

Rajnish K. JAIN; Akhil Jain; Rajnish K. Jain Irrevocable Trust 99–2 Trustee Akhil Jain; Jain And Associates, L.P.; Raj S. Rahil; The Mariappa 2005 Revocable Trust Dated 11/10/2005 Trustees Sudesh Mariappa and Eiko Hirabayashi; JRS Partners, LLC; Suffolk Lodging Partners, LLC; Town Center Hospitality, LLC; First Lodging Partners, LLC; Landmark Hotel Group, LLC; Peninsula Hospitality, LLC; Yorktown Lodging Partners, LLC, Defendants–Appellees.

No. 12–1941.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 20, 2012.

Decided: Jan. 22, 2013.

Michelle D. Pharr, Appellant pro se. Gary Alvin Bryant, Willcox & Savage, PC, Norfolk, Virginia, for Appellees.

Before AGEE, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michelle D. Pharr appeals the district court's order granting Defendants' motion to dismiss for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Pharr v. Jain,* No. 2:12–cv–00007–BO (E.D.N.C. July 23, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*